TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00487-CV
 
 




 

 

In re Terry Wesley
Baker

 

 

J. M. and A. G., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 207th
 District Court OF Hays COUNTY
 NO. 2011-1242,
 The Honorable William Henry, JUDGE
 PRESIDING
 
 




 


 
 
                                             O
 R D E R   T O   S H O W  
 C A U S E
 PER CURIAM
                         This is a contempt
 proceeding ancillary to the appeal of J.M. 
 The subject of this proceeding is Terry Wesley Baker, appellant’s attorney.
                         Appellant filed his
 notice of appeal on June 20, 2012, and his brief was due September 4, 2012.  On September 7, 2012, we ordered counsel to
 file appellant’s brief no later than October 8, 2012.  To date, appellant’s brief has not been
 filed. 
                         Therefore, it is
 hereby ordered that Terry Wesley
 Baker shall appear in person before this Court on Thursday, November 8,
 2012, at 1:30 p.m., in the Third Court of Appeals courtroom, located on the
 first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in
 Austin, Travis County, Texas, to show cause why he should not be held in
 contempt and have sanctions imposed for his failure to obey our September 7,
 2012, order.  This order to show cause
 will be withdrawn and Terry Wesley
 Baker will be relieved of his obligation to appear before this Court
 as ordered above if the clerk of this Court receives appellant’s brief before
 November 8, 2012.
 It is ordered on October 18, 2012.
  
 Before Chief
 Justice Jones, Justices Puryear and
 Henson